**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1807**

RANDY MCRAE, Board Member,

    Plaintiff – Appellant,

  v.

CENTRAL PRINCE GEORGES COUNTY, CDC; TERRY SPEIGNER; ARTHUR
TURNER,

    Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, Senior District
Judge.  (8:10-cv-00239-PJM)

Submitted:  December 16, 2010  Decided:  December 22, 2010

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Randy McRae, Appellant Pro Se. Joseph Barry Chazen, Gina Marie
Smith, MEYERS, RODBELL & ROSENBAUM, PA, Riverdale, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randy McRae appeals the district court's order granting Defendants' motion to remand and imposing sanctions against McRae. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McRae v. Central Prince Georges County CDC, No. 8:10-cv-00239-PJM (D. Md. June 30, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED